UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FRIENDS OF THE BOUNDARY WATERS WILDERNESS, et al., | Case No. 19-CV-2493 (PJS/LIB) |
| Plaintiffs, | |
| v. | ORDER OF DISMISSAL |
| U.S. ARMY CORPS OF ENGINEERS, et al., | |
| Defendants. | |

Based upon the Stipulation for Dismissal filed by the parties on October 19, 2023 [ECF No. 165],

IT IS ORDERED that this action is dismissed without prejudice and without costs or disbursements to any party.

Dated: October 19, 2023

s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court